J. Erick Dimalanta, SBN 164555
Ignascio G. Camarena II, SBN 220582
DIMALANTA CLARK, LLP
600 W. Santa Ana Blvd., Ste. 108
Santa Ana, CA 92701-4514
Tel.: (714) 543-4225
Fax: (877) 436-9401
jed@dimalantaclark.com
igc@dimalantaclark.com

Attorneys for Plaintiff:
JAMES HENNESSY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **JAMES HENNESSY**, | Case No. C-09-03458-PVT |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| **CITY OF SAN JOSE**, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that the parties in this action, by and through their undersigned counsel of record, hereby agree and stipulate that Plaintiff has good cause for leave to file a First Amended Complaint solely to identify and name recently discovered additional defendants, to wit San Jose Police OFFICER ERIC GRIMES, OFFICER PHILLIP GIUSTO, and OFFICER FRANCO VADO, a true and correct copy of which is attached hereto as Exhibit "A".

//

WHEREFORE, it is hereby agreed that:

1. The Plaintiff may file the attached First Amended Complaint, which shall be deemed served on all named defendants upon filing and receipt of electronic service on Deputy City Attorney Clifford Greenberg and execution of the proposed order granting plaintiff leave to file his First Amended Complaint set forth herein.

2. All named defendants shall have 20 days from service as provided for in paragraph 1 above to file and serve a written Answer to the First Amended Complaint.

3. All pending discovery and any previous stipulations or court orders shall not be altered by this stipulation and order.

SO STIPULATED AND AGREED.

DATED: January 18, 2010　　　　　　　　**DIMALANTA CLARK, LLP**

By: /s/
IGNASCIO G. CAMARENA II, attorneys for Plaintiff JAMES HENNESSY

DATED: January __, 2010　　　　　　　　**RICHARD DOYLE,**
City Attorney for San Jose

By: /s/
CLIFFORD GREENBERG, attorneys for Defendants

SO ORDERED.

DATED: January 20, 2010

_____
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE